IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-07 |
| | ) |
| ANTHONY CLAY, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 8th day of January, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered January 18, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, February 1, 2008 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Craig W. Haller,
Assistant United States Attorney

Michael J. Novara,
Assistant Federal Public Defender

U.S. Marshal

U.S. Pretrial Services

U.S. Probation