IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY CLAY,<br>    Defendant. | Criminal No. 07-7 |

ORDER OF CRIMINAL FORFEITURE
AGAINST ANTHONY CLAY

AND NOW, this 15 day of May, 2008, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of Anthony Clay in the following property (the Subject Property) are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 924(d)(1): a Bersa pistol, Model Thunder 380, .380 caliber, bearing serial number 706049.

2. Due to the value of the Subject Property, advertising is hereby waived.

3. The Court will adjudicate all third-party claims.

_____
J.