IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| v. | ) | Criminal No. 07-007 |
| ANTHONY CLAY, | ) | |
| Defendant | ) | |

## FINAL ORDER OF FORFEITURE

AND NOW, this 3 day of July, 2008, it is hereby ORDERED, ADJUDGED and DECREED that a Bersa pistol, Model Thunder 380, .380 caliber, bearing serial number 706049 is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461 (c) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including without limitation Anthony Clay and Pamela Crosby.

_____
United States District Court